# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Izabella Tabor | ) | Chapter 13 |
| | ) | Case No. 18 B 23942 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Izabella Tabor  
1821 S Cumberland  
Park Ridge, IL  60068

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On October 17, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 8, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On August 24, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 20, 2018, for a term of 36 months with payments of $800.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 14 | $12,923.00 | $10,523.00 | $2,400.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/08/2019  
Due Each Month: $800.00  
Next Pymt Due: 10/23/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/17/2018 | 5237833000 | $600.00 | 10/22/2018 | 5329675000 | $600.00 |
| 11/21/2018 | 5407451000 | $600.00 | 12/24/2018 | 5485741000 | $800.00 |
| 01/21/2019 | 5558303000 | $800.00 | 02/21/2019 | 5636818000 | $800.00 |
| 03/22/2019 | 5720104000 | $800.00 | 04/23/2019 | 5800969000 | $800.00 |
| 04/23/2019 | 191042071 | $3,123.00 | 05/24/2019 | 5882413000 | $800.00 |
| 06/25/2019 | 5962992000 | $800.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE